Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar No. 186813)
Kevin C. Ronk (State Bar No. 241598)
BRINKMAN PORTILLO RONK, APC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Counsel for Casitas Eubanks Group, Inc.,
formerly Los Robles Care Center, Inc.,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>LOS ROBLES CARE CENTER, INC.,<br><br>Debtor and Debtor in Possession. | Bankruptcy Case No.: 9:09-bk-13125-PC<br><br>Chapter 11<br><br>Adversary Proceeding No.: 9:15-ap-01047-PC |
| CASITAS EUBANKS GROUP, INC., Formerly known as LOS ROBLES CARE CENTER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OJAI HEALTHCARE, LLC, a California limited liability company; JAMES PREIMESBERGER, an individual,; PROVIDENCE GROUP, INC., a California corporation; and PROVIDENCE GROUP OF CALIFORNIA, LLC, a California limited liability company,<br><br>Defendants. | **STIPULATION OF DISMISSAL AS TO PROVIDENCE GROUP, INC. AND PROVIDENCE GROUP OF CALIFORNIA, LLC** |

STIPULATION OF DISMISSAL

1      WHEREAS, Defendants Providence Group, Inc. and Providence Group of California, LLC, covenant, warrant, and agree: (i) they have not received any monies or other sums in payment for services provided by Casitas Eubanks Group, Inc. or its predecessor in interest, Los Robles Care Center, Inc. (hereinafter collectively referred to as "Plaintiff"), prior to December 2, 2013, and (ii) do not hold any monies or other sums owing to Plaintiff under the Asset Sale Agreement between Plaintiff and Ojai Healthcare, LLC, dated as of June 24, 2013 and as thereafter amended, or under the Management and Operations Transfer Agreement between Plaintiff and Ojai Healthcare, LLC, dated as of December 2, 2013, or under the principles of equity, rightfully belong to the above-captioned Debtor's bankruptcy estate;

     THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants Providence Group, Inc. and Providence Group of California, LLC through their designated counsel, on the express condition of the warranties made by Defendants within this stipulation, that the above-captioned action should be dismissed without prejudice as to Providence Group, Inc. and Providence Group of California, LLC pursuant to Federal Rule of Civil Procedure 41(a)(2), as applied to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041. Each party shall bear its own attorneys' fees and costs.

DATED: 12/3/15                         DATED: December 3, 2015

**BRINKMAN PORTILLO RONK, APC**      **VENABLE, LLP**

By: _____        By: _____
Laura J. Portillo                                Hamid R. Rafatjoo
Kevin C. Ronk                                  Nicholas A. Koffroth
Counsel for Plaintiff Casitas Eubanks Group,     Counsel for Defendants Providence Group,
Inc., formerly Los Robles Care Center, Inc.       Inc. and Providence Group of California, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4333 Park Terrace Dr. Ste 205, Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION OF DISMISSAL AS TO PROVIDENCE GROUP, INC. AND PROVIDENCE GROUP OF CALIFORNIA, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 3, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 3, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 3, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
Hon. Peter H. Carroll
Northern Division
U.S. Bankruptcy Court
Bin in Intake Section Lobby
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2015 | Haley Pinkston | /s/ Haley Pinkston |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

Served Electronically by Court's Notice of Electronic Filing ("NEF") System:

- **Brian D Fittipaldi**  brian.fittipaldi@usdoj.gov
- **Michael I Gottfried**
  mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com
- **Laura J Portillo**  office@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
- **Hamid R Rafatjoo**
  hrafatjoo@venable.com, DGIge@venable.com;bclark@venable.com;kkhoang@venable.com
- **Kevin C Ronk**  Kevin@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com
- **United States Trustee (ND)**  ustpregion16.nd.ecf@usdoj.gov
- **Roye Zur**
  rzur@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;cboyias@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE